# In The United States Court of Federal Claims

No. 12-413C

(Filed: September 19, 2012)

_____

THE COVES OF THE HIGHLAND
COMMUNITY DEVELOPMENT
DISTRICT,

            Plaintiff,

    v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

On September 17, 2012, defendant filed an unopposed motion for an enlargement of time to file a response to the complaint. The motion is hereby **GRANTED**, in part and **DENIED**, in part. On or before October 23, 2012, defendant shall file its response to the complaint.

**No further enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

                                                     s/ Francis M. Allegra
                                                     Francis M. Allegra
                                                     Judge