# In The United States Court of Federal Claims

No. 12-413C

(Filed: October 15, 2012)

_____

THE COVES OF THE HIGHLAND
COMMUNITY DEVELOPMENT DISTRICT,
et al.,

                Plaintiff,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On October 11, 2012, plaintiff filed a consent motion to dismiss this matter without prejudice. That motion is hereby **GRANTED**. The clerk is hereby directed to dismiss the complaint without prejudice.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge